UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Armenian Genocide Museum and Memorial, Inc., et al., <br><br> Defendants. | Civil File No. _____ <br><br><br><br><br> **PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff The Cafesjian Family Foundation, Inc. makes the following statements pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. The Cafesjian Family Foundation, Inc. is a Florida non-profit corporation with no members and no shareholders.

2. Because there are no shares, no publicly held company owns any stock.

Dated: September 28, 2007

**HOGAN AND HARTSON LLP**

By: _[signature]_____
Ty Cobb (D.C. Bar No. 270736)
Peter C. Lallas (D.C. Bar No. 495944)
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600

**BRIGGS AND MORGAN, P.A.**

Timothy R. Thornton (Minn. #109630)
Molly M. Borg (Minn. #0331922)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
(612) 977-8400

**ATTORNEYS FOR PLAINTIFF
THE CAFESJIAN FAMILY
FOUNDATION**