UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
                                    )
THE CAFESJIAN FAMILY FOUNDATION,    )
INC.,                               )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Civil File No. 07-1746 (RWR)
                                    )
ARMENIAN GENOCIDE MUSEUM AND        )
MEMORIAL, INC., ET AL.,             )
                                    )
            Defendants.             )
_____ )

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Peter C. Lallas, am a member in good standing of the bar of this Court. I hereby move that Timothy R. Thornton be permitted to represent defendant The Cafesjian Family Foundation in the above-captioned action for all matters related to this case, in addition to counsel of record who have already appeared for defendant. A Declaration of Mr. Thornton in support of this Motion is appended hereto and incorporated by reference.

Respectfully submitted,

           /s/   Peter C. Lallas
Ty Cobb (D.C. Bar No. 270736)
Peter C. Lallas (D.C. Bar No. 495944)
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C.  20004-1109
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

*Counsel for Plaintiff The Cafesjian Family Foundation*

Dated:  October 12, 2007

\\\DC - 030332/000001 - 2586665 v1

**DECLARATION OF TIMOTHY R. THORNTON**

I, Timothy R. Thornton, hereby declare and state:

1. I am an attorney admitted to practice before the state courts of Minnesota, United States District Court for the District of Minnesota, United States District Court for the District of North Dakota, the United States Court of Appeals for the Eighth Circuit, and the United States Supreme Court.

2. I am associated with the law firm of Briggs and Morgan, P.A., 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-2157, (612) 977-8400.

3. I have been admitted *pro hac vice* once in this Court in the last two years.

4. I have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understand that I shall be subject to the disciplinary jurisdiction of this Court.

6. I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

I declare under the penalties of perjury that the foregoing statements are true and correct.

Dated: October 8, 2007                                         Timothy R. Thornton