## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

THE CAFESJIAN FAMILY FOUNDATION, INC.,

        Plaintiff,

        v.

ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., ET AL.,

        Defendants.
_____

Civil File No. 07-1746 (RWR)

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Peter C. Lallas, am a member in good standing of the bar of this Court. I hereby move that Molly Borg be permitted to represent defendant The Cafesjian Family Foundation in the above-captioned action for all matters related to this case, in addition to counsel of record who have already appeared for defendant. A Declaration of Ms. Borg in support of this Motion is appended hereto and incorporated by reference.

Respectfully submitted,

     /s/   Peter C. Lallas
Ty Cobb (D.C. Bar No. 270736)
Peter C. Lallas (D.C. Bar No. 495944)
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

*Counsel for Plaintiff The Cafesjian Family Foundation, Inc.*

Dated: October 12, 2007

\\\DC - 030332/000002 - 2615257 v1

## DECLARATION OF MOLLY BORG

I, Molly Borg, hereby declare and state:

1. I am an attorney admitted to practice before the state courts of Minnesota and the United States District Court for the District of Minnesota.

2. I am associated with the law firm of Briggs and Morgan, P.A., 2200 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-2157, (612) 977-8400.

3. I have been admitted *pro hac vice* once in this Court in the last two years.

4. I have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands that she shall be subject to the disciplinary jurisdiction of this Court.

6. I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

I declare under the penalties of perjury that the foregoing statements are true and correct.

Dated: October 8, 2007

_____
Molly Borg

\\\DC - 030332/000002 - 2615257 v1