UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., Individually and on behalf of the Armenian Genocide Museum and Memorial, Inc.<br><br>     Plaintiff,<br><br>v.<br><br>The Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian, and the Armenian Assembly of America, Inc.<br><br>     Defendants. | Civil File No. 1:07-cv-01746 (RWR) |

## RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANT THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC.

Defendant the Armenian Genocide Museum and Memorial, Inc. makes the following statements pursuant to LCvR 7.1 and Rule 7.1 of the Federal Rules of Civil Procedure:

1. Armenian Genocide Museum and Memorial, Inc. is a District of Columbia non-profit corporation with no members, no stock and no shareholders.

2. No publicly held company owns any stock in Armenian Genocide Museum and Memorial, Inc.

       Respectfully submitted,

Dated: October 18, 2007  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

       By:  /s/ David T. Case
          David T. Case (D.C. Bar No. 384062)
          1601 K Street, N.W.
          Washington, D.C. 20006
          Tel: (202) 778-9000
          Fax: (202) 778-9100

Counsel for Defendants
Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian, and the Armenian Assembly of America, Inc