UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., Individually and on behalf of the Armenian Genocide Museum and Memorial, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>The Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian, and the Armenian Assembly of America, Inc.<br><br>    Defendants. | Civil File No. 1:07-cv-01746 (RWR) |

## RULE 7. 1 DISCLOSURE STATEMENT FOR DEFENDANTS THE ARMENIAN ASSEMBLY OF AMERICA, INC.

Defendant the Armenian Assembly of America, Inc. makes the following statements pursuant to LCvR 7.1 and Rule 7.1 of the Federal Rules of Civil Procedure:

1. Armenian Assembly of America, Inc. is a District of Columbia non-profit corporation with no members, no stock and no shareholders.

2. No publicly held company owns any stock in the Armenian Assembly of America, Inc.

       Respectfully submitted,

Dated: October 18, 2007  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

      By:  /s/ David T. Case
        David T. Case (D.C. Bar No. 384062)
        1601 K Street, N.W.
        Washington, D.C. 20006
        Tel: (202) 778-9000
        Fax: (202) 778-9100

Counsel for Defendants
Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian, and the Armenian Assembly of America, Inc