AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

The Cafesjian Family Foundation, Inc.,
individually and on behalf of the Armenian
Genocide Museum and Memorial, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Armenian Genocide Museum and Memorial,
et al.

CASE

Case: 1:07-cv-01746
Assigned To : Roberts, Richard W.
Assign. Date : 9/28/2007
Description: General Civil

TO: (Name and address of Defendant)

Armenian Assembly of America, Inc.
ATTENTION: REGISTERED AGENT
1140 19th Street, N.W., Suite 600
Washington, DC 20036

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Peter C. Lallas
Hogan & Hartson LLP
555 13th Street, N.W.
Washington, DC 20004

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     SEP 2 8 2007

CLERK                                        DATE

_____
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

The Cafesjian Family Foundation, Inc., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc.

vs.

Armenian Genocide Museum and Memorial, Inc., et al.

No. 1:07-CV-01746

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, VINCENT A. PIAZZA, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 08-29-1969.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:35 pm on October 3, 2007, I served Armenian Assembly of America, Inc. c/o Registered Agent at 1140 19th Street, NW, Suite 600, Washington, DC 20036 by serving Rouben Adalian, Registered Agent, authorized to accept. Described herein:

```
SEX-     MALE
AGE-     53
HEIGHT-  5'5"
HAIR-    GRAY
WEIGHT-  165
RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  10/4/07
                Date

VINCENT A. PIAZZA
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 195178