

**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Serial Number: BRIMO23271537

# PROOF OF SERVICE

SERVED: Hirair ~~Hobnanian~~ HOVNANIAN

DATE: 10/3/2007 (Date of Service)   PLACE: 600 NAVASINK RIVER ROAD, RED BANK, NJ

DOCUMENTS: Federal Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Complaint; and Plaintiff's Rule 7.1 Corporate Disclosure Statement

SERVED ON (PRINT NAME): ANNA HOVNANIAN

MANNER OF SERVICE
(Place and X in the applicable box)
☐ Personal in hand to the subject for service
☒ Personal in hand to a person of suitable age and discretion then and there residing at the usual abode of said subject

SERVED BY (PRINT NAME): ROBERT DAVIS

TITLE: Process Server

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: 10/13/2007.

SIGNATURE OF SERVER

284 Mantoloking Road
Brick, NJ 08723
ADDRESS OF SERVER

Re: 33633.00004/04489/MMB

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

This proof consists of 1 page(s), this is page 1 of 1

330 Second Avenue South, Suite 150
Minneapolis, MN, 55401

www.metrolegal.com
(800) 488-8994

332 Minnesota Street, Suite N-105
Saint Paul, MN 55101