

Metro Serial Number: BRIMO23340544

# PROOF OF SERVICE

SERVED: **Van Z. Krikorian**

DATE: __10 / 05 /2007__
(Date of Service)

PLACE: 5 Frederick Court
Harrison, NY 10528

DOCUMENTS: **Federal Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Complaint; and Plaintiff's Rule 7.1 Corporate Disclosure Statement**

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| John "Doe" refused to give name | (Place and X in the applicable box) <br> ☐ Personal in hand to the subject for service <br> ☒ Personal in hand to a person of suitable age and discretion then and there residing at the usual abode of said subject |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| John Lepore | Process Server |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: __10 / 10 /2007__.

_John Lepore_
SIGNATURE OF SERVER

35 McDougal Drive
North White Plains, NY 10603
ADDRESS OF SERVER

Re: 33633.00004/04489/MMB

_Shirley E. Beyer_
SHIRLEY E. BEYER
Notary Public, State of New York
No. 4983285
Qualified in Dutchess County
Commission Expires June 24, 2011

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

This proof consists of 1 page(s), this is page 1 of 1

330 Second Avenue South, Suite 150
Minneapolis, MN, 55401

www.metrolegal.com
(800) 488-8994

332 Minnesota Street, Suite N-105
Saint Paul, MN 55101