**METRO LEGAL SERVICES**
Legal Support Specialists Since 1969

Metro Serial Number: BRIMO23272538

## PROOF OF SERVICE

SERVED: **Anoush Mathevosian**

DATE: __10__/__3__/2007    PLACE: 30 Candy Lane
(Date of Service)                Great Neck, NY 11023

DOCUMENTS: **Federal Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; Complaint; and Plaintiff's Rule 7.1 Corporate Disclosure Statement**

SERVED ON (PRINT NAME)

MANNER OF SERVICE
(Place and X in the applicable box)

[X] Personal in hand to the subject for service

[ ] Personal in hand to a person of suitable age and discretion then and there residing at the usual abode of said subject

SERVED BY (PRINT NAME)
Kenneth Doyle

TITLE
Process Server

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on: __10__/__3__/2007.

SIGNATURE OF SERVER

85 Willis Avenue
Suite F
Mineola, NY 11501
ADDRESS OF SERVER

Re: 33633.00004/04489/MMB

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

This proof consists of 1 page(s), this is page 1 of 1

330 Second Avenue South, Suite 150
Minneapolis, MN, 55401

www.metrolegal.com
(800) 488-8994

332 Minnesota Street, Suite N-105
Saint Paul, MN 55101