UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

The Cafesjian Family Foundation, Inc., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc.,

        Plaintiff,

v.

Armenian Genocide Museum and Memorial, Inc., et al.,

        Defendants

Civil File No. 07-1746 (RWR)

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc. ("Defendants"), through counsel, respectfully submit this unopposed motion for extension of time for Defendants to respond to Plaintiff's Application for Preliminary Injunction (the "Preliminary Injunction Application"). In support of this motion, Defendants state as follows:

1. The Preliminary Injunction Application was filed on November 27, 2007. Under Rule 65.1 of the Local Rules for the United States District Court for the District of Columbia, Defendants would have five days to file any opposition.

2. In the Preliminary Injunction Application, Plaintiff requests that the Court schedule oral argument on the Application on either the date set for the initial scheduling conference in this case (December 19, 2007), or on December 20, 2007.

3. In light of the dates requested by Plaintiff for oral argument on the Preliminary Injunction Application, Defendants' counsel sought approval from Plaintiff's counsel for an extension of time for the filing of Defendants' opposition to the Preliminary Injunction Application.

4. Plaintiff's counsel consented and agreed that Defendants could have until December 10, 2007, to file any opposition to the Preliminary Injunction Application.

5. Plaintiff does not oppose the relief sought herein, and when Defendants file an opposition response on December 10, the matter will be fully briefed well in advance of the proposed hearing date.

For the foregoing reasons, Defendants respectfully request an extension until December 10, 2007, of the time to file their opposition to the Preliminary Injunction Application.

Dated: November 28, 2007            **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

By:     /s/ David T. Case
        David T. Case (D.C. Bar No. 384062)
        1601 K Street, N.W.
        Washington, D.C. 20006
        Tel: (202) 778-9000
        Fax: (202) 778-9100

Counsel for Defendants Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

The Cafesjian Family Foundation, Inc., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc.,

      Plaintiff,

v.

Armenian Genocide Museum and Memorial, Inc., et al.,

      Defendants

Civil File No. 07-1746 (RWR)

---

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Having reviewed Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Application for Preliminary Injunction, it is hereby ORDERED that the time for Defendants to file any opposition in response to Plaintiff's Application for Preliminary Injunction is extended to December 10, 2007.

IT IS SO ORDERED.

Date:_____

_____
United States District Judge