UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

The Cafesjian Family Foundation, Inc., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc.,

Plaintiff,

v.

Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc.,

Defendants.

Civil File No. 07-1746 (RWR)

**JOINT REPORT REGARDING 26(F) CONFERENCE**

---

The parties to the above-captioned action convened on November 27, 2007 by telephone conference call to conduct the Rule 26(f) conference in this matter. Each of the issues identified in Local Rule 16.3(c) was discussed during the parties' conference. The parties' agreements regarding these items are set forth below.

Participating in the telephone conference were Plaintiff represented Timothy R. Thornton and Molly M. Borg of Briggs and Morgan, P.A and Defendants represented by David T. Case, Bruce Nielson, and Naoka Carey of Kirkpatrick & Lockhart Preston Gates Ellis LLP.

1. <u>Joint Statement of the Case</u>: The Cafesjian Family Foundation, Inc. ("CFF") brings this action individually in its capacity as the most significant donor with trustee appointment power to enjoin the Armenian Genocide Museum & Memorial, Inc. ("AGM&M") from acts that are, in CFF's view, ultra vires, and derivatively on behalf of AGM&M against the non-CFF trustees for, in CFF's view, failing to fulfill their trustee duties. CFF's action is based on the common law and the District of Columbia Nonprofit Corporations Act. Defendants deny

21111916v1

any ultra vires acts and any breach of trustee duties and also assert that CFF lacks standing to bring a derivative action on behalf of AGM&M. A more detailed description of the case has been briefed in the parties' preliminary injunction papers.

2.  <u>Resolution by Dispositive Motion</u>. Plaintiff has filed a motion for preliminary injunction and requested oral argument for December 19 or 20, which may resolve many of the issues in the dispute. Defendants intend to file a motion to dismiss within the next several days. In addition, the parties expect that this case may be likely to be resolved by summary judgment motion, after the close of discovery.

3.  <u>Joinder of Parties and Amendment of Pleadings</u>. The parties agree that the deadline for joining additional parties and amending pleadings should be February 1, 2008.

4.  <u>Assignment to a Magistrate Judge</u>. The parties do not consent to assignment of this case to a magistrate judge for all purposes.

5.  <u>Settlement</u>. The parties agree that it may be fruitful to discuss the possibility of settlement. The parties are involved in another litigation before this Court, *Armenian Genocide Museum and Memorial, Inc. v. Cafesjian Family Foundation*, 07-1259 (CKK) which has been referred for settlement conference on January 7, 2008 before Magistrate Judge Kay. The parties are amenable to settlement discussions before Magistrate Judge Kay or any other Magistrate of this Court.

6.  <u>Alternative Dispute Resolution</u>. If settlement is not achieved on an informal basis, the parties expect that they will likely avail themselves of either the Court's mediation program or a neutral case evaluator, most likely after the close of discovery.

7. <u>Summary Judgment</u>. The parties agree that motions for summary judgment may be appropriate in this case. Any such motions shall be filed by November 1, 2008, with opposition memoranda due within 30 days thereafter, and reply memoranda due 15 days after filing of opposition memoranda.

8. <u>Initial Disclosures</u>. The parties agree that initial disclosures should occur and that such disclosures shall be made by January 15, 2008. No changes to the scope and form of the initial disclosures were discussed or accepted.

9. <u>Discovery Schedule</u>. The parties agree that approximately nine months will be needed to complete fact discovery, with written discovery to be completed by August 1, 2008, and all discovery to be completed by September 1, 2008. The parties further agree that the limitations on discovery set forth in Federal Rules 30 and 33 should apply without modification. The parties agree to confer in good faith in the event that any party later believes that modification of the discovery limitations would be appropriate.

10. <u>Expert Witnesses</u>. The parties agree that Plaintiff would designate its expert witnesses, if any, first and that such designation shall be made by April 1, 2008 and expert disclosure would occur by June 1, 2008, and that Defendants would designate its expert witnesses, if any, on April 15, 2008 and provide related disclosures by July 1, 2008.

11. <u>Class Actions</u>. Not applicable.

12. <u>Bifurcation</u>. The parties agree that bifurcation is not appropriate.

13. <u>Pre-Trial Conference Date</u>. The parties agree that the date for the pre-trial conference be February 15, 2009 or later.

14. <u>Trial Date</u>.  The parties agree that a trial date should be set at the pretrial conference for 30 to 60 days after that conference.

2111916v1

Dated: December 12, 2007

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

By:    /s/ David T. Case
David T. Case (D.C. Bar No. 384062)
Bruce Nielson
1601 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 778-9000
Fax: (202) 778-9100

**COUNSEL FOR DEFENDANTS**

**BRIGGS AND MORGAN, P.A.**

By:    /s/ Timothy R. Thornton
Timothy R. Thornton (Minn. #109630)
Molly M. Borg (Minn. #0331922)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
(612) 977-8400

AND

**HOGAN AND HARSTON LLP**

By:    /s/ Peter C. Lallas
Ty Cobb (DC Bar No. 270736)
Peter C. Lallas (D.C. Bar No. 384062)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Tel: (202) 637-5600

**COUNSEL FOR PLAINTIFF**

2111916v1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

The Cafesjian Family Foundation, Inc., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc.,

    Plaintiff,

v.

Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc.,

    Defendants.

Civil File No. 07-1746 (RWR)

---

## SCHEDULING ORDER

Having reviewed the parties' Joint Report Regarding 26(f) Conference, it is hereby ORDERED, that the following schedule and other orders will control in this case:

1. Initial disclosures pursuant to Rule 26(a)(1) shall be exchanged by the parties by January 15, 2008.

2. Fact discovery shall commence upon the entry of this Order with all written fact discovery to be completed by August 1, 2008 and all discovery shall be completed September 1, 2008.

3. The deadline for moving to join additional parties and to amend pleadings shall be February 1, 2008.

4. Plaintiff shall identify any testifying expert(s) by April 1, 2008 and make disclosure with respect to same by June 1, 2008. Defendant shall identify any testifying

2111916v1

expert(s) on April 15, 2008 and make disclosure with respect to any of its testifying expert(s) by July 1, 2008.

     5.     Summary judgment motions shall be filed by November 1, 2008. Opposition memoranda shall be filed within 30 days after the filing of summary judgment motions, and reply memoranda shall be filed and served within 15 days after the filing of opposition memoranda.

     6.     The Court shall set a pre-trial conference date for February 15, 2009 or later in conjunction with any decisions by the Court on the parties' summary judgment motions, such pre-trial conference to occur approximately 60 days after resolution of such motions.

     7.     The date for trial shall be set at the pre-trial conference for 30 to 60 days after the conference.

IT IS SO ORDERED.

Date: _____                    _____
                                                                              United States District Judge