UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc., | Civil File No. 07-1746 (RWR) |
| Plaintiff, | |
| v. | |
| Armenian Genocide Museum and Memorial, Inc., et al., | |
| Defendants | |

## MOTION REGARDING HEARING ON
## PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION

Defendants Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc. ("Defendants"), through counsel, respectfully submit this motion regarding the hearing requested by Plaintiff in its Application for Preliminary Injunction (the "Preliminary Injunction Application").

In the Preliminary Injunction Application, Plaintiff requested that oral argument be heard on either December 19 or December 20, 2007 (the initial scheduling conference in this case is set for December 19, 2007). Defendants' position, as stated in its Opposition to the Preliminary Injunction Application, is that a hearing on the Application is unnecessary and that to the extent that the Court elects to conduct a hearing, Defendants request that adequate notice be provided to permit Defendants to issue notice and a request of their intent to cross-examine John J. Waters at the hearing, as permitted under LCvR 65.1(d).

Arnold Rosenfeld, who is one of the counsel to Defendants in this action, and who represents Defendant Armenian Genocide Museum and Memorial, Inc. in an action filed against it and another defendant by Plaintiff in the United States District Court for the District of

Minnesota, and who, because of his knowledge of the matters involved in this case, would argue on behalf of Defendants in opposition to the Preliminary Injunction Application, is not available for argument on either December 19 or December 20, 2007 because of illness and other commitments. Mr. Rosenfeld is expected to be available for oral argument, if any, on the Preliminary Injunction Application by the week of January 7, 2008, and a delay until that week will not prejudice Plaintiff.

For these reasons, Defendant respectfully requests that, if any oral argument is to be heard on the Preliminary Injunction Application, it not be heard until the week of January 7, 2008 at the earliest.

As required by LCvR 7(m), counsel for Defendants conferred with Plaintiff's counsel by telephone regarding this motion on December 17, 2007, and Plaintiff's counsel indicated that Plaintiff intends to oppose this motion.

Dated: December 17, 2007

**KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP**

By:   /s/ David T. Case
David T. Case (D.C. Bar No. 384062)
1601 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 778-9000
Fax: (202) 778-9100

Counsel for Defendants Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc.