UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc. and John J. Waters, Jr., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc., <br><br> Defendants. | Civil File No. 07-1746 (RWR) <br><br><br> **Plaintiff's Memorandum in Opposition to Motion for Extension of Time to Hold Hearing on Plaintiff's Application for Preliminary Injunction** |

Plaintiff The Cafesjian Family Foundation, Inc. opposes defendants' motion for an extension of time for oral argument on plaintiff's application for preliminary injunction and renews its request that oral argument be heard on December 19, 2007 or December 20, 2007. As outlined in plaintiff's memoranda of law filed in support of its application for preliminary injunction, plaintiff will suffer irreparable harm in the absence of an immediate injunction and opposes any further delay. Defendants' counsel has had notice of plaintiff's request for hearing since November 27, 2007; defendants have had nearly three weeks to request an alternative hearing date from the Court or from plaintiff. Plaintiff's lead counsel, Timothy Thornton, is available and has made arrangements to appear before the Court on December 19 or December 20. Therefore, plaintiff requests that the Court entertain oral argument on Plaintiff's Application for Preliminary Injunction as originally requested.

2118851v1

Alternatively, if the Court continues the motion hearing, plaintiff requests that oral argument be scheduled for Tuesday, January 8, 2008. Plaintiff's counsel is unavailable the remainder of that week due to other commitments.

Dated: December 17, 2007

**BRIGGS AND MORGAN, P.A.**

By: s/ Molly M. Borg
    Timothy R. Thornton
    Molly M. Borg
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
(612) 977-8400
*Admitted Pro Hac Vice*

**AND**

**HOGAN AND HARTSON LLP**

By: s/ Peter C. Lallas
    Ty Cobb (D.C. Bar No. 270736)
    Peter C. Lallas (D.C. Bar No.495944)
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600

**ATTORNEYS FOR PLAINTIFF THE CAFESJIAN FAMILY FOUNDATION**

2118851v1