UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., Individually and on behalf of the Armenian Genocide Museum and Memorial, Inc. and John J. Waters, Jr.<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>The Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian, and the Armenian Assembly of America, Inc.<br><br>　　　　　　　　　　Defendants. | Civil File No. 1:07-cv-01746 (RWR) |

**PLAINTIFFS' RESPONSE TO
UNILATERALLY SUBMITTED STATUS REPORT**

At the December 19 scheduling conference the Court asked for a joint status report regarding the progress of project development and the permitting situation. Plaintiffs understood that the report was to be purely factual and mutually agreed. When plaintiffs insisted that advocacy be removed from defendants' draft, a so called status report was abruptly and unilaterally submitted.

Plaintiffs had offered to agree to the report as proposed by defendants, except for the last sentence of the first full paragraph on page 2, the last sentence on page 2, and section IV, entitled "Proposed Scheduling." These arguments go beyond what was asked for and merely repeat positions about which the Court is already aware.

Accordingly, plaintiffs object to those portions of defendants' status report. If, however, the Court wants the parties to make assertions or tell the Court when and how to schedule the proceedings, please advise, and plaintiffs will respond accordingly.

2121994v1

**BRIGGS AND MORGAN, P.A.**

By:   /s/ Molly M. Borg
     Timothy R. Thornton (Minn. #109630)
     Molly M. Borg (Minn. #0331922)
     2200 IDS Center
     80 South Eighth Street
     Minneapolis, MN 55402-2157
     (612) 977-8400

**AND**

**HOGAN AND HARSTON LLP**

By:   /s/ Peter C. Lallas
     Ty Cobb (DC Bar No. 270736)
     Peter C. Lallas (D.C. Bar No. 384062)
     555 Thirteenth Street, N.W.
     Washington, D.C. 20004-1109
     Tel: (202) 637-5600

**COUNSEL FOR PLAINTIFFS**