UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., Individually and on behalf of the Armenian Genocide Museum and Memorial, Inc. and John J. Waters, Jr.<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>The Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian, and the Armenian Assembly of America, Inc.<br>　　　　　　　　　　Defendants. | Civil File No. 1:07-cv-01746 (RWR) |

**UNOPPOSED MOTION FOR EXTENSION FO TIME TO
RESPOND TO DEFENDANTS' MOTION TO DISMISS**

　　　　Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiffs, through counsel, respectfully submit this unopposed motion for extension of time for plaintiffs to respond to defendants' Motion to Dismiss. In support of this motion, plaintiffs state as follows:

　　　　1.　　Defendants' Motion to Dismiss was filed on March 4, 2008. Under the Local Rules for the United States District Court for the District of Columbia, plaintiffs would have eleven days to file any opposition.

　　　　2.　　In December 2007, plaintiffs filed an Application for Preliminary Injunction. This motion remains pending. At that time, plaintiffs extended defendants the courtesy of an extension for time to respond.

2150174v1

3. On February 21, 2008, the parties filed a Joint Status Report as to scheduling issues. In that report, plaintiffs proposed that the briefing schedule on defendants' forthcoming motion to dismiss be as follows: (1) defendants' moving papers due March 3, 2008; (2) plaintiffs' opposition papers due March 25, 2008; and (3) reply papers due April 1, 2008. Plaintiffs also proposed that the Court schedule a joint hearing on both motions for April 2008. The Court has not yet issued a scheduling order.

4. Plaintiffs have sought approval from defendants' counsel for this proposed extension and defendants have consented to allow plaintiffs until March 25, 2008 to respond to defendants' motion to dismiss.

For the foregoing reasons, plaintiffs respectfully request an extension until March 25, 2008, of the time to file their opposition to defendants' Motion to Dismiss.

Dated: March 5, 2008

**BRIGGS AND MORGAN, P.A.**

By:  /s/ Molly M. Borg
Timothy R. Thornton (Minn. #109630)
Molly M. Borg (Minn. #0331922)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
(612) 977-8400

**AND**

**HOGAN AND HARSTON LLP**

By:  /s/ Peter C. Lallas
Ty Cobb (DC Bar No. 270736)
Peter C. Lallas (D.C. Bar No. 384062)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Tel: (202) 637-5600

**COUNSEL FOR PLAINTIFFS**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., Individually and on behalf of the Armenian Genocide Museum and Memorial, Inc. and John J. Waters, Jr.<br><br>      Plaintiffs,<br><br>v.<br><br>The Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian, and the Armenian Assembly of America, Inc.<br><br>      Defendants. | Civil File No. 1:07-cv-01746 (RWR) |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Having reviewed Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, it is hereby ORDERED that the time for Plaintiffs to file any opposition in response to Defendants' Motion to Dismiss is extended to March 25, 2008.

IT IS SO ORDERED.

Dated: _____        _____
                          Richard W. Roberts
                           United States District Court Judge

2150208v1