IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., and John J. Waters, Jr., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> The Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc., <br><br> Defendants. | Civil File No. 1:07-01746 (RWR) |

## NOTICE OF APPEARANCE

Please take notice that Thomas F. Cullen, Jr. of the law firm Jones Day, hereby enters his appearance as counsel in this case for Plaintiffs the Cafesjian Family Foundation, Inc., and John J. Waters, Jr., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc.

Dated: June 4, 2008

Respectfully submitted,

/s/ Thomas F. Cullen
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: tfcullen@jonesday.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance of Thomas F. Cullen, Jr. was served via electronic mail on:

Arnold R. Rosenfeld, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Arnie.rosenfeld@klgates.com

THIS 4th day of June, 2008.

                                              Respectfully submitted,

                                              /s/ Nancy L. Berardinelli-Krantz
                                              Nancy L. Berardinelli-Krantz
                                              51 Louisiana Avenue, N.W.
                                              Washington, D.C.  20001
                                              Phone:  (202) 879-3671
                                              Fax:     (202) 626-1700
                                              Email:   nbkrantz@jonesday.com