IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., and John J. Waters, Jr., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc.,<br><br>    Plaintiffs,<br><br>    v.<br><br>The Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc.,<br><br>    Defendants. | Civil File No. 1:07-01746 (RWR) |

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

I, Thomas F. Cullen, Jr., am a member in good standing of the bar of this Court. Pursuant to LCvR 83.2(d), I hereby move that Nancy L. Berardinelli-Krantz be permitted to represent Plaintiffs the Cafesjian Family Foundation, Inc., and John J. Waters, Jr., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc. in the above-captioned action for all matters relating to this case, in addition to counsel of record who have already appeared for the Plaintiffs. A Declaration of Ms. Berardinelli-Krantz in support of this Motion and a proposed order are attached.

Dated: June 6, 2008

Respectfully submitted,

*/s/ Thomas F. Cullen, Jr.*
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: tfcullen@jonesday.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Admission of Counsel *Pro Hac Vice* was served via electronic mail on:

David Taylor Case, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street, NW
Washington, DC 20006
david.case@klgates.com

Arnold R. Rosenfeld, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
arnie.rosenfeld@klgates.com

Naoka E. Carey, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
naoka.carey@klgates.com


THIS 6th day of June, 2008.


                Respectfully submitted,

                /s/ Nancy L. Berardinelli-Krantz
                Nancy L. Berardinelli-Krantz
                51 Louisiana Avenue N.W.
                Washington, D.C. 20001
                Phone: (202) 879-3671
                Fax:    (202) 626-1700
                Email: nbkrantz@jonesday.com

# DECLARATION OF NANCY L. BERARDINELLI-KRANTZ

I, Nancy L. Berardinelli-Krantz, hereby declare the following:

1. My full name is Nancy L. Berardinelli-Krantz;

2. My office address is Jones Day, 51 Louisiana Avenue NW, Washington, D.C. 20001, 202-879-3671;

3. I am currently admitted to the Ohio State Bar;

4. I am a member in good standing of the Ohio State Bar and have never been suspended or disbarred or otherwise subject to disciplinary proceedings by any bar;

5. I have not previously been admitted *pro hac vice* to the bar of this Court within the past two years;

6. I engage in the practice of law from an office located in the District of Columbia and I have an application for membership to the District of Columbia bar pending.

I declare under penalty of perjury that the foregoing is true and correct.

June 6, 2008

Nancy L. Berardinelli-Krantz
51 Louisiana Avenue N.W.
Washington, D.C., 20001
Phone: (202) 879-3671
Fax:   (202) 626-1700
Email: nbkrantz@jonesday.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., and John J. Waters, Jr., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc., <br><br>　　　Plaintiffs, <br><br>　　　v. <br><br>The Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc., <br><br>　　　Defendants. | Civil File No. 1:07-01746 (RWR) |

## ORDER

Upon consideration of the Motion for admission of counsel *pro hac vice*,

It is hereby ORDERED that the Motion is granted and that Nancy L. Berardinelli-Krantz is admitted *pro hac vice* in this matter.

SO ORDERED, this ____ day of _____, 2008.

_____

RICHARD W. ROBERTS

United States District Judge