UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., and John Waters, Jr., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc., <br><br> Defendants. | Civil File No. 07-1746 (RWR) <br><br><br> **NOTICE OF WITHDRAWAL** |

**TO:** Defendants and their attorneys of record, Arnold Rosenfeld and Naoka E. Carey, Kirkpatrick & Lockhart Preston Gates Ellis LLP, State Street Financial Center, One Lincoln Street, Boston, MA 02111-2950.

PLEASE BE ADVISED that Briggs and Morgan, P.A. and Hogan and Hartson LLP note their withdrawal as the attorneys of record for plaintiffs. Pursuant to the Notice of Appearance, Thomas F. Cullen, Jr. and the law firm of Jones Day are attorneys of record for all plaintiffs.

Dated: June 6, 2008

**BRIGGS AND MORGAN, P.A.**

By: /s/ Molly M. Borg
Timothy R. Thornton (Minn. #109630)
Molly M. Borg (Minn. #0331922)
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
(612) 977-8400

**HOGAN AND HARSTON LLP**

By: /s/ Peter C. Lallas
Ty Cobb (DC Bar No. 270736)
Peter C. Lallas (D.C. Bar No. 384062)
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Tel: (202) 637-5600

2187167v1