## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., and John J. Waters, Jr., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc., <br><br> *Plaintiffs,* <br><br> v. <br><br> The Armenian Genocide Museum and Memorial, Inc., Hirar Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc., <br><br> *Defendants*. | Civil File No. 1:07-cv-01746 (RWR) |
| The Armenian Assembly of America, Inc., and the Armenian Genocide Museum and Memorial, Inc., <br><br> *Plaintiffs,* <br><br> v. <br><br> Gerard L. Cafesjian, individually and as Trustee and President of the Armenian Genocide Museum and Memorial, Inc. and President and Director of the Cafesjian Family Foundation, Inc.; John J. Waters, Jr., individually and as Secretary/Treasurer of the Armenian Genocide Museum and Memorial, Inc., President of the TomKat Limited Partnership, and Secretary and Director of the Cafesjian Family Foundation, Inc.; The Cafesjian Family Foundation; and the TomKat Limited Partnership, <br><br> *Defendants*. | Civil File No. 1:08-cv-00255 (CKK) |

**MOTION FOR A STATUS CONFERENCE**

Gerard L. Cafesjian, the Cafesjian Family Foundation and John J. Waters (collectively "Cafesjian Entities"), by and through counsel, respectfully submits this motion for a status conference in the above-captioned cases, at the Court's earliest convenience to address case consolidation procedures and further proceedings.  The Cafesjian Entities are Defendants in Case No. 1:08-cv-00255 (CKK) and are Plaintiffs in Case No. 1:07-cv-01746 (RWR).  The Cafesjian Entities propose that a status conference is held in both of these cases in light of the significant overlap in the parties, counsel, facts and issues.

In early June, the Cafesjian Entities retained new counsel.  Since then, the parties have engaged in discussions regarding the restructuring and streamlining of multiple related actions, both in this Court and in the District of Minnesota.  One of the three Minnesota cases has now been dismissed, a second case is pending dismissal pursuant to a joint stipulation and a third is pending transfer to this Court.  The Cafesjian entities are also currently taking steps to resolve another tangentially-related matter pending in this Court.  To further streamline this litigation, and in the interest of judicial efficiency and the elimination of confusion, the Cafesjian Entities will soon request consolidation of the remaining cases: the two above-captioned cases as well as the matter currently awaiting transfer from Minnesota.  Each of these cases involve common issues of law and fact, and involve the same parties and witnesses.  Consolidation will promote judicial efficiency and prevent a waste of judicial resources in that only one judge would need to become familiar with the common issues of law and fact shared by the three cases.  Consolidation would also afford the litigants an opportunity to prosecute these cases efficiently and minimize the burden of discovery costs and expenses.

The Cafesjian Entities additionally request a status conference to discuss its intention to consolidate the cases and to file an amended complaint in the consolidated action, which will

serve both to streamline the Cafesjian Entities' complaint in No. 1:07-cv-01746, and to add counterclaims to the opposing parties' complaint in No. 1:08-cv-00255.

Rule 16(a) provides that a court may, in its discretion, direct attorneys for the parties to appear before it for a conference in order to expedite matters and to discourage wasteful pretrial activities. Because of the Cafesjian Entities' intention to file a motion to consolidate the above-captioned cases and to amend its claims, it respectfully requests that the Court schedule a status conference at its earliest convenience in both Case No. 1:07-cv-01746 and No. 1:08-cv-00255.

Dated: July 2, 2008

Respectfully submitted,

/s/ Nancy L. Berardinelli-Krantz
Thomas F. Cullen (D.C. Bar No. 224733)
Nancy Berardinelli-Krantz (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
tfcullen@jonesday.com
nbkrantz@jonesday.com

*Counsel for Gerard L. Cafesjian, The Cafesjian Family Foundation, Inc., and John J. Waters*