UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____

The Cafesjian Family Foundation, Inc.,

       Plaintiff,

   v.

Armenian Genocide Museum and
Memorial, Inc., et al.

       Defendant.

_____

Civil File No. 07-1746

**NOTICE OF NAME CHANGE**

Counsel for Defendants, The Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian, and Armenian Assembly of America, Inc., hereby notifies the Court and counsel that effective July 1, 2008 the law firm Kirkpatrick & Lockhart Preston Gates Ellis LLP officially changed its name to K&L Gates LLP.  All other contact information remains the same.

       Respectfully submitted,

Dated:  July 15, 2008       **K&L GATES LLP**

       By:    /s/ David T. Case
            David T. Case (D.C. Bar No. 384062)
            Bruce Nielson (D.C. Bar No. 414440)
            1601 K Street, N.W.
            Washington, D.C. 20006
            Tel:  (202) 778-9000
            Fax:  (202) 778-9100

       AND

                        /s/
                Arnold R. Rosenfeld (MA Bar No. 428860)
                Naoka E. Carey (MA Bar No. 655312)
                One Lincoln Street
                Boston, MA 02111
                Tel: (617) 261-3155
                Fax: (617) 261-3175

**COUNSEL FOR DEFENDANTS**