IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., and John J. Waters, Jr., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> The Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc., <br><br> Defendants. | Civil File No. 1:07-cv-01746 (RWR) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Plaintiffs, The Cafesjian Family Foundation, Inc., and John J. Waters, Jr. respectfully submit this unopposed motion for an extension of time pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. For the following reasons, Plaintiffs request that this Court grant them until August 27, 2008, to file their Reply to the Defendant's Memorandum in Opposition to the Plaintiffs' Motion for Leave to File Second Amended Complaint (Dkt. No. 38):

1. On August 1, 2008, counsel for the Plaintiffs and Defendants participated in a status conference before Judge Kollar-Kotelly in case 1:08-cv-0255. During this status conference, the Parties agreed that they would seek a dismissal of this case in an effort to resolve the entirety of their dispute before a single tribunal.

2. If the parties are able to agree on a Stipulated Dismissal of this action, there will be no need for the Plaintiffs to file a Reply to the Defendant's Memorandum in

Opposition to the Plaintiffs' Motion for Leave to File Second Amended Complaint and no need for this Court to rule on the Plaintiffs' Motion for Leave to File Second Amended Complaint.

3. A Status Conference with Judge Kollar-Kotelly is scheduled for August 27, 2008, and the Plaintiffs should know by that date if filing their Reply is necessary or if this case is to be dismissed voluntarily.

4. Plaintiffs conferred with Defendants on August 4, 2008 and the Defendants do not oppose this extension of time.

Accordingly, Plaintiffs respectfully request an extension until August 27, 2008, to file their reply to Defendants' Memorandum in Opposition to the Plaintiffs Motion for Leave to File a Second Amended Complaint.

Dated:  August 4, 2008                    Respectfully submitted,

/s/  Nancy Berardinelli-Krantz
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
Nancy Berardinelli-Krantz (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700
tfcullen@jonesday.com
nbkrantz@jonesday.com

*Counsel for Plaintiffs The Cafesjian Family Foundation, Inc., and John J. Waters, Jr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., and John J. Waters, Jr., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc.,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>The Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc.,<br><br>　　Defendants. | Civil File No. 1:07-cv-01746 (RWR) |

**ORDER**

　　Upon consideration of the Motion for Extension of Time,

　　It is hereby ORDERED that the Motion is granted and that Plaintiffs have until August 27, 2008 to file their Reply to the Defendant's Memorandum in Opposition to the Plaintiffs' Motion for Leave to File Second Amended Complaint (Dkt. No. 38).

　　SO ORDERED, this ___ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　RICHARD W. ROBERTS

　　　　　　　　　　　　　　　　　　　　　　United States District Judge