IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The Cafesjian Family Foundation, Inc., and John J. Waters, Jr., individually and on behalf of the Armenian Genocide Museum and Memorial, Inc.,<br><br>    Plaintiffs,<br><br>          v.<br><br>The Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc.,<br><br>    Defendants. | Civil File No. 1:07-01746 (RWR) |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, The Cafesjian Family Foundation, Inc., and John J. Waters, Jr.; and Defendants, The Armenian Genocide Museum and Memorial, Inc., Hirair Hovnanian, Anoush Mathevosian, Van Krikorian and the Armenian Assembly of America, Inc., (collectively the "Parties") hereby stipulate and agree that the above-entitled action may be and hereby is dismissed without prejudice to either Party in this or any other proceeding between the Parties that is currently pending or may arise at any point in the future, and without an award of costs and/or disbursements to either of the Parties, each Party to bear its own costs and disbursements, including without limitation to any and all attorney fees incurred in connection with the above-entitled matter.

It is further stipulated that, without further notice, a final judgment of dismissal, without prejudice, and without costs and disbursements to any of the parties, may be immediately entered in the above-referenced matter.

- 1 -

Respectfully submitted,

Dated:  August 22, 2008               **FOR PLAINTIFFS THE CAFESJIAN FAMILY FOUNDATION, INC., AND JOHN J. WATERS, JR.,**

 */s/*
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
Nancy Berardinelli-Krantz (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700
tfcullen@jonesday.com
nbkrantz@jonesday.com

Dated:  August 22, 2008               **FOR DEFENDANTS THE ARMENIAN GENOCIDE MUSEUM AND MEMORIAL, INC., HIRAIR HOVNANIAN, ANOUSH MATHEVOSIAN, VAN KRIKORIAN AND THE ARMENIAN ASSEMBLY OF AMERICA, INC.,**

 */s/*
David T. Case (D.C. Bar No. 384062)
Bruce H. Nielson (D.C. Bar No. 414440)
1601 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 778-9000
Fax: (202) 778-9100

AND
 */s/*
Arnold R. Rosenfeld (MA Bar No. 428860)
Naoka E. Carey (MA Bar No. 655312)
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3155
Fax: (617) 261-3175